Cynthia P. Smith (State Bar No. 197059)
**CLEMENT, FITZPATRICK & KENWORTHY, INC.**
1407 Main Street, Suite 202
Post Office Box 667
St. Helena, CA  94574
Telephone:  (707) 967-9610
Facsimile:  (7007) 967-9604

Attorneys for Defendants, Richard and Louise Stadelhofer

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### San Francisco Division

| | |
|---|---|
| **VALENTE CUENCA,** | Case No.: **C05 4373 MMC** |
| **Plaintiff,** | **STIPULATION OF TIME FOR DEFENDANTS TO FILE THEIR RESPONSIVE PLEADINGS**; ORDER THEREON |
| v. | |
| **JAMES STADELHOFER, RICHARD J. STADELHOFER AND LOUISE STADELHOFER** | |
| **Defendants.** | |

WHEREAS, the parties are attempting to reach an early resolution of their dispute, and

WHEREAS, plaintiff, Louise Stadelhofer and Richard Stadelhofer understand that James Stadelhofer has yet to retain counsel,

THEREFORE, plaintiff, Louise Stadelhofer and Richard Stadelhofer stipulate as follows:

The deadline for defendants James Stadelhofer, Louise Stadelhofer and Richard Stadelhofer to file their respective responsive pleadings to plaintiff's Complaint is extended to December 26, 2005.

*signature page follows*

Page 1 of 2
Stipulation to Extend Time to Respond
*Cuenca v. James Stadelhofer, et* al.  C054373

1  IT IS SO STIPULATED:

2                                      LAW OFFICE OF JEAN R. BARSTOW

4
5  Date:  December 12, 2005                     _____/s/  Jean R. Barstow_____
                                                       Attorneys for plaintiff, VALENTE CUENCA

7
8                                      CLEMENT, FITZPATRICK & KENWORTHY, INC.

10 Date:  December 12, 2005                     _____/s/  Cynthia P. Smith_____
11                                                         Cynthia P. Smith, Esq.
                                                        Attorneys for defendants Louise and Richard Stadelhofer

15      I hereby attest that I have on file all holograph signatures for any signatures indicated by a
16 "conformed" signature (/S/) within this efiled document.

18                                           _____/s/  Cynthia P. Smith_____
19                                                         Cynthia P. Smith, Esq.

22 Dated: December 13, 2005

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Maxine M. Chesney]*

Page 2 of 2
Stipulation to Extend Time to Respond
*Cuenca v. James Stadelhofer, et* al.  C054373