1   Jean R. Barstow (State Bar No. 139548)
    830 School Street, #8
2   Napa, CA 94559
    Telephone: 707-251-9021
3   Fax: 707-251-9023

4   Attorneys for plaintiff
    VALENTE CUENCA

5

6

7                 **UNITED STATES DISTRICT COURT**

8                **NORTHERN DISTRICT OF CALIFORNIA**

9                   **(SAN FRANCISCO DIVISION)**

10

11   **VALENTE CUENCA,**          )  **Case No. : C 05 4373 MMC**

12                    )

13        **Plaintiff,**        )  **NOTICE OF VOLUNTARY DISMISSAL**
                   )  **WITH PREJUDICE;** ORDER THEREON

14      v.                )

15   **JAMES STADELHOFER, RICHARD J.**  )

16   **STADELHOFER AND LOUISE**      )
    **STADELHOFER,**             )

17                    )  **Complaint Filed:  October 27, 2005**

18        **Defendants.**       )

19                    )

20

21      **NOTICE IS HEREBY GIVEN** that pursuant to Federal Rule of Civil Procedures 41(a),

22   plaintiff voluntarily dismisses the above-captioned action with prejudice, as to all defendants.

23   Pursuant to the attached Declaration of Jean Barstow, plaintiff understands the effect of his

24   dismissal *with prejudice* and directs his counsel to enter the dismissal with prejudice on his

25   behalf.

26   Date: December 21, 2005         LAW OFFICE OF JEAN BARSTOW

27                          *Jean Barstow*

28                        Jean Barstow, attorney for plaintiff, Valente Cuenca

Page 1 of 1
Notice of Dismissal with Prejudice
*Cuenca v. James Stadelhofer, et al. C 054373 MMC*

IT IS SO ORDERED.

Dated: December 22, 2005

IT IS SO ORDERED
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA